# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INVENTERGY LBS, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:18-CV-00539-JRG |
| TRACK WHAT MATTERS, L.L.C., | § § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is Plaintiff Inventergy LBS, LLC's ("Inventergy") Notice of Voluntary Dismissal Without Prejudice (the "Notice"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. No. 10.) In light of the Notice, it is hereby **ORDERED** that Inventergy's action against Defendant Track What Matters, L.L.C. is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 30th day of May, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE